# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

THOMAS CLYDE COOK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-0665

———————————————

January 22, 2025

Appeal from the Circuit Court for Sarasota County; Donna M. Padar, Judge.

Blair Allen, Public Defender, and Dane K. Chase, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.


ROTHSTEIN-YOUAKIM, Judge.

Thomas Clyde Cook appeals from his judgment and sentence on forty counts of possessing, controlling, or intentionally viewing child pornography, arguing that the trial court incorrectly advised him of his sentencing exposure during its *Faretta*[1] inquiry and improperly enhanced his sentence based on a fact that had not been found by the jury beyond a reasonable doubt, in violation of *Apprendi v. New Jersey*, 530 U.S. 466

---

[1] *Faretta v. California*, 422 U.S. 806 (1975).

(2000).  We conclude that the court did not err in its advice and that defense counsel has failed to establish *Apprendi* error in Cook's sentence. Accordingly, we affirm.

Affirmed.

KELLY and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.